IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **OWNERS INSURANCE COMPANY and AUTO-OWNERS INSURANCE CO.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**JEFFERY DANIEL, as Executor of the Estate of BIRGIELINE DANIEL, and DEMOTT TRACTOR CO., INC.,**<br><br>    Defendant. | Civil Action 7:12-CV-27 (HL) |

## ORDER

The Court previously entered an Order in this case directing Plaintiffs to amend the Complaint so as to properly establish diversity of citizenship (Doc. 5). Plaintiffs have amended the Complaint and the Court is satisfied that complete diversity of the parties has been established and federal subject matter jurisdiction is proper in this case. With the threshold issue of subject matter jurisdiction resolved, the case can now proceed.

**SO ORDERED**, this 29th day of February, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr